UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROSEMARY B. WAY,

                    Plaintiff,

vs.                                    Case No.  2:04-cv-341-FtM-33DNF

JOHN E. POTTER, Postmaster General,
U.S. Postal Service, (Southeast
Area Operations), Agency, DAVID
CAPUTO, Individually, and in his
capacity as Postal Supervisor to
Rosemary B. Way, RICHARD BARBER,
Individually, and in his capacity
as Postmaster to Rosemary B. Way,

                    Defendants.
_____/


**ORDER**

     This matter comes before the Court upon consideration of the

Magistrate Judge's Report and Recommendation (Doc. # 23), filed

October 18, 2005, in regards to Defendants' Consolidated Motion to

Substitute; Motions to Dismiss, or, in the Alternative, Motion for

Summary Judgment; and Motion for More Definite Statement (Doc.

#15), filed on May 6, 2005, and Plaintiff's Motion to Stay, or, in

the Alternative, Motion to Strike (Doc. #21), filed on June 6,

2005.  The Magistrate has recommended that the Consolidated Motion

to Substitute the United States of America in Counts Three, Four,

Five, and Six as Party Defendant (Doc. # 15) be granted.  The

Magistrate further recommends that the Motion to Dismiss Counts

One, Two, Three, Four, Five and Six as to All Defendants (Doc. #

15) be granted.  As to the Motion Dismiss Count Seven as to the

accepts the Report and Recommendation of the Magistrate Judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1.   The Report and Recommendation (Doc. # 23) is hereby **accepted.**

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this <u>2nd</u> day of November, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record